**Emmett W. CALDWELL,**
**Plaintiff–Appellant,**

v.

**TOWN OF CHAPEL HILL; Michael Burgess, Police Officer; John Doe, I, Police Officer; John Doe, II, Police Officer; Janet Reno; John Doe, III, Police Officer; Officer Smith; Martin David; Andrell Bagley, Defendants–Appellees.**

No. 00–2339.

United States Court of Appeals,
Fourth Circuit.

Submitted March 22, 2001.

Decided March 27, 2001.

Emmett W. Caldwell, pro se.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Emmett W. Caldwell appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. Caldwell's case was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (1994). The magistrate judge recommended that relief be denied and advised Caldwell that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation. Despite this warning, Caldwell failed to object to the magistrate judge's recommendation.

The timely filing of objections to a magistrate judge's recommendation is neces-

sary to preserve appellate review of the substance of that recommendation when the parties have been warned that failure to object will waive appellate review. *Wright v. Collins,* 766 F.2d 841, 845–46 (4th Cir.1985); *see Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985). Caldwell has waived appellate review by failing to file objections after receiving proper notice. Accordingly, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*